Mwati P. McKENZIE, Appellant,

v.

Joan FABIAN, Commissioner of Corrections; Lynn Dingle, Chief Corrections Officer; Erik Skon, Deputy Assistant Commissioner, Appellees.

No. 09–1817.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 22, 2009.

Filed: Jan. 8, 2010.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Mwati McKenzie appeals the district court's [1] dismissal of his civil-rights action. Upon de novo review, *see Parkhurst v. Tabor,* 569 F.3d 861, 865 (8th Cir.2009), we conclude dismissal was proper for failure to state a claim. We affirm. *See* 8th Cir. R. 47B.

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.